ROBERT COOPER, JR., Respondent, *v.* LEONARD W. HALL et al., Appellants.

*Cooper* v. *Hall,* 173 App. Div. 916, affirmed.

(Argued November 13, 1918; decided December 3, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 22, 1916, affirming a judgment in favor of plaintiff entered upon a verdict. The action was to recover damages alleged to have been caused plaintiff through failure upon the part of the defendant, who sold certain nursery stock to plaintiff, to deliver to him of the trees sold, 110 No. 1 Orleans peach trees and 110 No. 1 Surprise peach trees, the complaint alleging that the defendants instead of delivering the 220 peach trees of the varieties last named, delivered trees of utterly worthless and unknown varieties.

*Thomas A. Kirby* and *Edwin C. Smith* for appellants.
*Harry Cooper* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, McLAUGHLIN and CRANE, JJ.